IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LINDA EASTER                                                                                    PLAINTIFF

v.                                  No. 4:17CV00361 JLH

ARKANSAS CHILDREN'S HOSPITAL                                                DEFENDANT

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Arkansas Children's Hospital on the claims of Linda Easter. The complaint of Linda Easter is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of October, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE